1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

   Attorney for Defendant
8  AWILDA IRIS VASQUEZ

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14
   UNITED STATES OF AMERICA,      )  No. 2:11-CR-00508-KJN
15                                )
                    Plaintiff,    )
16                                )  STIPULATION TO CONTINUE AND
        v.                        )  EXCLUDE TIME
17                                )
   AWILDA IRIS VASQUEZ,           )
18                                )  Date:  May 14, 2012
                    Defendant.    )  Time:  9:00 a.m.
19                                )  Judge: Hon. Kendall J. Newman
   _____ )
20

21

22       IT IS HEREBY STIPULATED between the parties through their

23  respective counsel, David Petersen, Special Assistant United States

24  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25  attorney for AWILDA IRIS VASQUEZ, and Certified Student Attorney, David

26  J. Gallegos, that the Court vacate the trial confirmation hearing on

27  March 21, 2012 at 9:00 a.m. and set the trial confirmation hearing for

28  April 11, 2012 at 9:00 a.m., and that the Court vacate the jury trial

for April 9, 2012 at 9:00 a.m. and set the jury trial for May 14, 2012 at 9:00 a.m.

This continuance is requested because the parties are in the process of investigation and need more time to prepare.  The parties further agree that the time should be excluded from the date of this [Proposed] Order until the trial confirmation hearing which is set for April 11, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section § 3161(h)(7)(A).


Dated:  March 16, 2012                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          AWILDA IRIS VASQUEZ

                                          /s/ David J. Gallegos
                                          DAVID J. GALLEGOS
                                          Certified Student Attorney

Dated:  March 16, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ David Petersen
                                          DAVID PETERSEN
                                          Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 16, 2012

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE