1 DANIEL J. BRODERICK, #89424
Federal Defender
2 LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 Designated Counsel for Service
DAVID J. GALLEGOS
4 Certified Student Attorney
801 I Street, 3rd Floor
5 Sacramento, California 95814
Telephone: (916) 498-5700
6

7

Attorney for Defendant
8 AWILDA IRIS VASQUEZ

9

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0508-KJN |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CHANGE OF PLEA |
| AWILDA IRIS VASQUEZ, | ) Date: April 25, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for AWILDA IRIS VASQUEZ, and Certified Student Attorney, David J. Gallegos, that the Court vacate the trial confirmation hearing set for April 11, 2012 at 9:00 a.m., and vacate the jury trial on May 14, 2012 at 9:00 a.m., and set a change of plea hearing for April 25, 2012 at 9:00 a.m.

Dated: March 28, 2012

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
AWILDA IRIS VASQUEZ

/s/ David J. Gallegos
DAVID J. GALLEGOS
Certified Student Attorney

Dated: March 28, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE